# UNITED STATES COURT OF APPEALS
# FOR THE TENTH DISTRICT

**UNITED STATES OF AMERICA,**

   *Plaintiff/Appellee*,

*-vs.-*

**RAYMOND LEE GOLDESBERRY,**

   *Defendant/Appellant.*

No. 23-5008

## MOTION TO WITHDRAW

COMES NOW Andrea Brown, counsel for Defendant-Appellant Raymond Lee Goldesberry, and submits this motion to the Court for an order allowing him to withdraw from the above-captioned matter for the following reason:

1. Defendant-Appellant is without adequate funds for this appeal.

2. Hon. Gregory K. Frizzell, U.S. District Court for Northern District of Oklahoma, issued an order on January 31, 2023 (Docket #79) allowing the Defendant-Appellant to proceed in this case *in Forma Pauperis* and appointing CJA Counsel.

3. Counsel has consulted with Mr. Goldesberry regarding his appeal rights, and Mr. Goldesberry requested this appeal be filed *in Forma Pauperis*, by reason that he is without funds to retain counsel for this appeal.

4. Undersigned Counsel has filed the Entry of Appearance and Certificate of Interested Parties, Designation of Record, and a Docketing Statement.

5. The Court Reporter for the Northern District of Oklahoma, Leslie K. Ruiz has not filed the transcript order forms pending notification of the appointment of CJA counsel for the Defendant-Appellant.

6. Substitute counsel should be appointed to represent Mr. Goldesberry in this matter. Counsel contends that exceptional circumstances require Ms. Brown to withdraw from this appeal and that new counsel be appointed due to the fact that Counsel Brown is in a solo law practice and cannot devote the necessary time to thoroughly research and write the appellate briefs. Ms. Brown has multiple upcoming jury trials, including a complex "cold case" murder case scheduled for jury trial in State court, *State v. James Bishop*, commencing March 27, 2023, which will require counsel's full attention for several weeks. New appellate counsel will be able to urge all appropriate grounds for relief, including possible claims of ineffective assistance of counsel, if appropriate. Ms. Brown will cooperate with substitute counsel in transition.

**WHEREFORE,** premises considered, Andrea Brown respectfully moves this Court for an order allowing her to withdraw as counsel for Defendant-Appellant Raymond Lee Goldesberry in the above-captioned case, and that substitute counsel be appointed from the Appellate Panel.

Respectfully submitted,

/s/ *Andrea Brown*
Andrea Brown, OBA #22682

                          2021 S. Lewis Ave., Suite 520
                          Tulsa, Oklahoma 74104
                          (918) 625-1098 (cell)
                          (918) 587-2700 x 0 (office)
                          (918) 743-1002 (fax)
                          abrown@swabstall.com
                          Attorney for the Defendant/Appellant

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of February, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s):

Chantelle Dial
Assistant U.S. Attorney

and

I further certify that on the 10th day of February, 2023, a true and correct copy of this instrument was:

    ___XX_____      mailed with postage paid thereon;
    _____      was sent via facsimile; or
    _____      Hand delivered

to:    Raymond Lee Goldesberry
        c/o Cimmaron Correctional Facility
        3200 S. Kings HWY
        Cushing, OK 74023

                                            /s/   Andrea Brown_____