IN THE UNITED STATES COURT OF
APPEALS FOR THE TENTH CIRCUIT

*United States of America v. Raymond Goldesberry*

Case No. 23-5008

**Attachment B**
(Ruling on Motion for Judgment of Acquittal in 21-cr-00450)

```
 1        MS. DIAL:  I apologize.
 2        MS. BROWN:  Allow him some time --
 3        MARSHAL:  Oh, yeah.  That won't be a problem at all.
 4        THE DEFENDANT:  Have the ankle monitor on.
 5        MARSHAL:  We'll take care of that.
 6        MS. BROWN:  Thank you.
 7        MARSHAL:  Lead the way.
 8        THE COURT:  The motion pursuant to Rule 29 is denied.
 9        Counsel, I know this is an awkward time for you,
10   perhaps -- well, maybe not.  You've been around for a while.
11   It's probably -- you're a professional.  I want to thank
12   counsel for the courtesy you've shown to the jury and to the
13   Court.  And it's been a pleasure working with you.  I probably
14   won't see you again, but I would be pleased if I did.  Thank
15   you.
16        MS. DIAL:  Thank you, Your Honor.
17        MS. BROWN:  Thank you for coming.
18            (Proceedings adjourned at 1:50 p.m.)
19            (End of proceedings.)
20
21                     REPORTER'S CERTIFICATION
22        I CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT
23   TRANSCRIPT OF THE PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.
24
25
                        US DISTRICT COURT - NDOK
               REPORTED BY:  LESLIE K. RUIZ, CSR, RPR, RMR
```